RECEIPT # 55844
AMOUNT $ 150
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 5-12-04

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD C. POWERS, JR., <br><br> Plaintiff, <br><br> v. <br><br> TOWN FAIR TIRE CENTERS, INC., <br><br> Defendant. | Civil Action No. _____ <br><br> 04 10950 NG |

## NOTICE OF REMOVAL

MAGISTRATE JUDGE Alexander

**TO:  CLERK OF COURT**
**U.S. DISTRICT COURT for the DISTRICT OF MASSACHUSETTS**

PLEASE TAKE NOTICE that the Defendant, Town Fair Tire Centers, Inc. ("Town Fair Tire"), hereby files this Notice of Removal, pursuant to 28 U.S.C. §§ 1441(a), 1441(b) and 1446, and Rule 81(c) of the Federal Rules of Civil Procedure. The grounds for removal are as follows:

1. On or about April 22, 2004, Plaintiff commenced a civil action entitled <u>Gerald C. Powers, Jr. v. Town Fair Tire Centers, Inc.</u>, Civil Action No. MICV2004-1653, in Massachusetts Superior Court, Middlesex County at Cambridge. Service of the Summons, Civil Action Cover Sheet, and Complaint was made on Defendant Town Fair Tire on or about April 23, 2004. Copies of the Summons, Complaint and Civil Action Cover Sheet are attached hereto as **Exhibit 1**. There have been no further proceedings in this action.

2. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 and which may be removed under 28 U.S.C. § 1441(a).

3. The Complaint alleges that Plaintiff is a resident of Reading, Massachusetts.

4. Town Fair Tire is a corporation organized and existing under the laws of the State of Connecticut with its principal place of business in East Haven, Connecticut.

5. The matter in controversy exceeds $75,000.

6. Based on the foregoing, removal of this action is appropriate pursuant to 28 U.S.C. § 1441(a).

7. In his Complaint, Plaintiff alleges that Defendant discriminated against him when it failed to hire him because he is paraplegic. Plaintiff is asserting a claim under the Americans with Disabilities Act, 42 U.S.C. § 12111 et seq. ("ADA"). Thus, this Court has original subject matter jurisdiction under 28 U.S.C. §1331 because this case presents a federal question under the ADA. The Defendant, therefore, is entitled to have this action removed pursuant to 28 U.S.C. § 1441(b).

8. This action is removable to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1441(b) in that the United States District Court for the District of Massachusetts embraces the location where the state court action is pending (i.e., Cambridge, Massachusetts).

9. This Notice of Removal is filed within thirty (30) days of the Defendant's receipt of the Summons and Complaint, as required by 28 U.S.C. § 1446(b).

10. The Defendant will send a copy of this Notice of Removal to Plaintiff's counsel and to the Clerk of the Massachusetts Superior Court, Middlesex County, to be filed with that Court, pursuant to 28 U.S.C. § 1446(d).

11. Pursuant to Local Rule 81.1 of this Court, within thirty (30) days, the Defendant will file with the Clerk of this Court certified or attested copies of all records and proceedings in the State Court and a certified or attested copy of all docket entries there.

WHEREFORE, the Defendant hereby removes the above-captioned action now pending in the Superior Court, Middlesex County, Massachusetts to the United States District Court for the District of Massachusetts.

                                    Respectfully submitted,

                                    TOWN FAIR TIRE CENTERS, INC.,

                                    By its attorneys,

                                    Danielle Y. Vanderzanden (BBO # 563933)
                                    Hobart F. Popick (BBO # 658763)
                                    Day, Berry & Howard LLP
                                    260 Franklin Street
                                    Boston, Massachusetts 02110-3179

DATED: May 12, 2004            (617) 345-4600

## CERTIFICATE OF SERVICE

I, Danielle Y. Vanderzanden, hereby certify that on the 12th day of May, 2004, I served a true and correct copy of the foregoing Notice of Removal via first class mail, postage prepaid, upon Plaintiff's counsel, Stephen G. Morte, 74 Main Street, Marlborough, MA, 01752.

                                    Danielle Y. Vanderzanden