UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD C. POWERS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN FAIR TIRE CENTERS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. _____<br><br>04cv10950 NG |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Danielle Y. Vanderzanden, on behalf of the Defendant, Town Fair Tire Centers, Inc., in connection with the above-captioned action.

        Respectfully submitted,

        TOWN FAIR TIRE CENTERS, INC.,

        By its attorneys,

        _____
        Danielle Y. Vanderzanden (BBO # 563933)
        Day, Berry & Howard LLP
        260 Franklin Street
        Boston, Massachusetts 02110-3179
DATED: May 12, 2004        (617) 345-4600

## CERTIFICATE OF SERVICE

I, Danielle Y. Vanderzanden, hereby certify that on the 12th day of May, 2004, I served a true and correct copy of the foregoing Notice of Appearance via first class mail, postage prepaid, upon Plaintiff's counsel, Stephen G. Morte, 74 Main Street, Marlborough, MA, 01752.

_____
Danielle Y. Vanderzanden