UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GERALD C. POWERS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| TOWN FAIR TIRE CENTERS, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

Kindly enter the appearance of Hobart F. Popick, on behalf of the Defendant, Town Fair Tire Centers, Inc., in connection with the above-captioned action.

                        Respectfully submitted,

                        TOWN FAIR TIRE CENTERS, INC.,

                        By its attorneys,

                        _____
                        Hobart F. Popick (BBO # 658763)
                        Day, Berry & Howard LLP
                        260 Franklin Street
                        Boston, Massachusetts 02110-3179
DATED: May 12, 2004          (617) 345-4600

## CERTIFICATE OF SERVICE

I, Hobart F. Popick, hereby certify that on the 12th day of May, 2004, I served a true and correct copy of the foregoing Notice of Appearance via first class mail, postage prepaid, upon Plaintiff's counsel, Stephen G. Morte, 74 Main Street, Marlborough, MA, 01752.

_____
Hobart F. Popick