**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| GERALD C. POWERS, JR., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TOWN FAIR TIRE CENTERS, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-10950-NG |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**TOWN FAIR TIRE CENTERS, INC.**

Pursuant to Local Rule 7.3, Defendant Town Fair Tire Centers, Inc. ("Town Fair Tire") states that it has no parent corporation and that no publicly traded company owns 10% or more of Town Fair Tire's stock.

Respectfully submitted,

TOWN FAIR TIRE CENTERS, INC.,

By its attorneys,

/s/ Hobart F. Popick
Danielle Y. Vanderzanden (BBO # 563933)
Hobart F. Popick (BBO # 658763)
Day, Berry & Howard LLP
260 Franklin Street
Boston, Massachusetts 02110-3179
(617) 345-4600

DATED: June 3, 2004

51272286_1.DOC

## CERTIFICATE OF SERVICE

    I, Hobart F. Popick, hereby certify that on the 3rd day of June, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Stephen G. Morte, 74 Main Street, Marlborough, MA, 01752.

                                             /s/ Hobart F. Popick
                                             Hobart F. Popick