# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GERALD C. POWERS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-10950-NG |
| | ) | |
| TOWN FAIR TIRE CENTERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### TOWN FAIR TIRE'S STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The Defendant, Town Fair Tire Centers, Inc., by its attorneys, submits the following statement in the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 16(b) and Local Rule 16.1(D).

## I.    RULE 26(F)/LOCAL RULE 16.1 (B) CONFERENCE

Defendant's counsel contacted Plaintiff's counsel via telephone on July 6, 2004 to discuss the parties' obligation, under Local Rule 16.1, to file a Joint Statement.  Accordingly, complying with the court's scheduling deadline requires Defendant to submit this statement pursuant to Local Rule 16.1.

## II.    PROPOSED JOINT DISCOVERY PLAN AND CASE SCHEDULE WHERE THE PARTIES ARE IN AGREEMENT

Defendant hereby submits the following proposed pretrial schedule:

1.    Automatic disclosures to be served on or before July 20, 2004.

2.    All fact discovery, including depositions and responses to discovery requests, to be completed on or before May 1, 2005.

3.    The plaintiff shall designate experts, if any, by May 15, 2005.

4.    The defendant shall designate experts, if any, by June 30, 2005

5.  All expert depositions, if any, to be completed by August 15, 2005.

6.  All dispositive motions are to be filed on or before October 1, 2005.

7.  All oppositions to dispositive motions are to be filed on or before November 15, 2005.

8.  All reply briefs are to be filed on or before December 1, 2005.

## III.  PROPOSED JOINT DISCOVERY PLAN AND CASE SCHEDULE WHERE THE PARTIES ARE NOT IN AGREEMENT

Amendments and/or supplements to the pleadings are to be completed by:

a. Plaintiff's proposed deadline:  March 15, 2005.

b. Defendant's proposed deadline: August 15, 2004.

## IV.  OTHER MATTERS

1.  Trial by Magistrate.  Town Fair Tire does not consent to trial before a United States Magistrate.

2.  Certification of Consultation.  Town Fair Tire shall file at the initial scheduling conference Town Fair Tire's certification pursuant to Local Rule 16.1(D)(3).

3.  Settlement Proposals.  Powers has not provided Town Fair Tire with a written settlement proposal Pursuant to Local Rule 16.1(c).

## V.  AGENDA

Town Fair Tire proposes the following agenda for the Scheduling Conference:

1.  Adoption of the discovery plan and the case schedule outlined above; and

2.  Such other matters as the Court may find appropriate.

Respectfully submitted,

TOWN FAIR TIRE CENTERS, INC.,

By its attorneys,


/s/ Hobart F. Popick
Danielle Y. Vanderzanden (BBO # 563933)
Hobart F. Popick (BBO # 658763)
Day, Berry & Howard LLP
260 Franklin Street
Boston, Massachusetts 02110-3179
DATED: July 6, 2004                (617) 345-4600




## CERTIFICATE OF SERVICE

     I, Hobart F. Popick, hereby certify that on the 6th day of July, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to:  Stephen G. Morte, 74 Main Street, Marlborough, MA, 01752.


/s/ Hobart F. Popick
Hobart F. Popick