UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GERALD C. POWERS, JR., <br><br> Plaintiff, <br><br> v. <br><br> TOWN FAIR TIRE CENTERS, INC., <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-10950-NG<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of John P. McLafferty, on behalf of the Defendant, Town Fair Tire Centers, Inc., in connection with the above-captioned action.

        Respectfully submitted,

        TOWN FAIR TIRE CENTERS, INC.,

        By its attorneys,

        /s/ John P. McLafferty
        Danielle Y. Vanderzanden (BBO# 563933)
        John P. McLafferty (BBO # 639179)
        Hobart F. Popick (BBO # 658763)
        DAY, BERRY & HOWARD LLP
        260 Franklin Street
        Boston, Massachusetts 02110-3179
DATED: July 12, 2004        (617) 345-4600

## CERTIFICATE OF SERVICE

    I, John P. McLafferty, hereby certify that on the 12th day of July, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Stephen G. Morte, 74 Main Street, Marlborough, MA, 01752.

                                      /s/ John P. McLafferty
                                      John P. McLafferty