UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD C. POWERS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN FAIR TIRE CENTERS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-10950-NG |

### JOINT STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 16.1(D)

The Plaintiff, Gerald C. Powers, Jr., and the Defendant, Town Fair Tire Centers, Inc., by their attorneys, submit the following joint statement in the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 16(b) and Local Rule 16.1(D).

**I.  RULE 26(F)/LOCAL RULE 16.1 (B) CONFERENCE**

Defendant's counsel contacted Plaintiff's counsel via telephone on July 13, 2004 to discuss the parties' obligation to file a Joint Statement pursuant to Local Rule 16.1.

Hobart F. Popick, Esq. of Day, Berry & Howard, LLP represented the Defendant.

Stephen G. Morte, Esq. represented the Plaintiff.

**II.  PROPOSED JOINT DISCOVERY PLAN AND CASE SCHEDULE WHERE THE PARTIES ARE IN AGREEMENT**

The parties hereby submit the following proposed pretrial schedule:

1. Automatic disclosures to be served on or before July 20, 2004.

2. All fact discovery, including depositions and responses to discovery requests, to be completed on or before May 1, 2005.

3. The plaintiff shall designate experts, if any, by May 15, 2005.

4. The defendant shall designate experts, if any, by June 30, 2005

5. All expert depositions, if any, to be completed by August 15, 2005.

6. All dispositive motions are to be filed on or before October 1, 2005.

7. All oppositions to dispositive motions are to be filed on or before November 15, 2005.

8. All reply briefs are to be filed on or before December 1, 2005.

### III. PROPOSED JOINT DISCOVERY PLAN AND CASE SCHEDULE WHERE THE PARTIES ARE NOT IN AGREEMENT

Amendments and/or supplements to the pleadings are to be completed by:

    a.    Plaintiff's proposed deadline: March 15, 2005.

    b.    Defendant's proposed deadline: August 15, 2004.

### IV. OTHER MATTERS

1. <u>Trial by Magistrate.</u> The Plaintiff consents to trial before a United States Magistrate. The Defendant does not consent to trial before a United States Magistrate.

2. <u>Certification of Consultation.</u> Town Fair Tire shall file at the initial scheduling conference Town Fair Tire's certification pursuant to Local Rule 16.1(D)(3).

3. <u>Settlement Proposals.</u> Powers has provided Town Fair Tire with a written settlement proposal Pursuant to Local Rule 16.1(c), to which Town Fair Tire has responded with a counter-proposal.

### V. AGENDA

The parties propose the following agenda for the Scheduling Conference:

1. Adoption of the discovery plan and the case schedule outlined above; and

2. Such other matters as the Court may find appropriate.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| GERALD C. POWERS, JR. | TOWN FAIR TIRE CENTERS, INC., |
| By his attorney, | By its attorneys, |

Stephen G. Morte (BBO # 357040)
Law Offices of Stephen G. Morte
74 Main Street
Marlborough, MA  01752
(508) 481-2332

Danielle Y. Vanderzanden (BBO # 563933)
John P. McLafferty (BBO # 639179)
Hobart F. Popick (BBO # 658763)
Day, Berry & Howard LLP
260 Franklin Street
Boston, Massachusetts 02110-3179
(617) 345-4600

DATED: July 13, 2004

## CERTIFICATE OF SERVICE

I, Hobart F. Popick, hereby certify that on the 13th day of July, 2004, I filed the foregoing with the Clerk of Court and provided a true and accurate copy in hand to Plaintiff's counsel, Stephen G. Morte, Esq. of the Law Offices of Stephen G. Morte, 74 Main Street, Marlborough, MA, 01752.

Hobart F. Popick