UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD C. POWERS, JR., )<br><br>Plaintiff, )<br>v. )<br><br>TOWN FAIR TIRE CENTERS, INC., )<br><br>Defendant. ) | Civil Action No. 04-10950-NG |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANT TOWN FAIR TIRE CENTERS, INC.

Pursuant to Local Rule 16.1(D)(3), Defendant, Town Fair Tire Centers, Inc. ("Town Fair Tire") hereby certifies that it has conferred with its counsel, Day, Berry & Howard LLP:

    (a)    with a view to establishing a budget for the costs of conducting the full-course - and various alternative courses -- of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,
TOWN FAIR TIRE CENTERS, INC.

By its Senior Vice President of Stores,


Michael Barbaro
Sr. Vice President of Stores
Town Fair Tire Centers, Inc.
460 Coe Avenue
East Haven, CT  06512

By its Attorneys,


/s/ Hobart F. Popick
Danielle Y. Vanderzanden (BBO# 563933)
Hobart F. Popick (BBO # 658763)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, Massachusetts 02110-3179
(617) 345-4600

## CERTIFICATE OF SERVICE

I, Hobart F. Popick, hereby certify that on the 13th day of July, 2004, I served a true and correct copy of the foregoing via hand delivery, upon Plaintiff's counsel, Stephen G. Morte, 74 Main Street, Marlborough, MA, 01752 .

_____

Hobart F. Popick