UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GERALD C. POWERS, JR.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TOWN FAIR TIRE CENTERS, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No. 04-10950-NG<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), the parties hereby respectfully move for entry of the enclosed Stipulated Protective Order, attached herewith. This Order is necessary to protect the privacy and confidentiality of certain documents and testimony requested in the course of discovery.

| **DEFENDANT,**<br>**TOWN FAIR TIRE CENTERS, INC.,** | **PLAINTIFF,**<br>**GERALD C. POWERS**, |
|---|---|
| By: _____/s/ Hobart F. Popick_____<br>Danielle Y. Vanderzanden (BBO # 563933)<br>John P. McLafferty (BBO # 639179)<br>Hobart F. Popick (BBO # 658763)<br>DAY, BERRY & HOWARD LLP<br>260 Franklin Street<br>Boston, Massachusetts 02110<br>(617) 345-4600<br>Its Attorneys. | By: _____/s/ Stephen Morte_____<br>Stephen G. Morte (BBO # 357040)<br>Law Offices of Stephen G. Morte<br>74 Main Street<br>Marlborough, Massachusetts 01752<br>(508) 481-2332<br>His attorney. |

Dated: September 1, 2004

-2-

## **CERTIFICATE OF SERVICE**

     I, Hobart F. Popick hereby certify that on September 1, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to Plaintiff's counsel, Stephen G. Morte, Esq., Law Offices of Stephen G. Morte, 74 Main Street, Marlborough, MA, 01752..

                                                          /s/ Hobart F. Popick
                                                          Hobart F. Popick