UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-CV-10950-NG

GERALD C. POWERS, JR.,
Plaintiff

V.

TOWN FAIR TIRE CENTERS, INC,
Defendant

**ORDER ON THE JOINT MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER**
(Docket #13)

ALEXANDER, M.J.

Upon good cause shown and the parties' agreement, after review of the papers presented and the proposed protective order, the Joint Motion for Entry of Stipulated Protective Order is ALLOWED.

SO ORDERED.

9/29/04
Date

_____
United States Magistrate Judge