UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GERALD C. POWERS, Jr.,
    Plaintiff

vs.                      DOCKET NO.: 04-10950-NG

TOWN FAIR TIRE CENTERS, INC.,
    Defendant

## MOTION TO WITHDRAW APPEARANCE

Now comes counsel for the Plaintiff and respectfully requests permission to withdraw as counsel for the Plaintiff.

As grounds for said Motion counsel states that communication between client and attorney has broken down, to the point where Mr. Powers has not responded to correspondence or messages left for him.

Plaintiff's counsel is prepared to file an Affidavit showing the numerous attempts he has made to try and communicate with Mr. Powers.

Respectfully submitted,

The Plaintiff
By his attorney

_____
STEPHEN G. MORTE
B.B.O. # 357040
74 Main Street
Marlborough MA 01752
508-481-2332

STEPHEN G. MORTE

ATTORNEY AT LAW

74 MAIN STREET

MARLBOROUGH, MA 01752

(508) 481 2332

FAX (508) 624 4110

## CERTIFICATE OF SERVICE

I, Stephen G. Morte, attorney for the Complainant hereby certify that on this 11th day of January 2005, I served the within Motion to Withdraw, to: Hobart F. Popick,, DAY, BERRY & HOWARD LLP, 260 Franklin Street, Boston MA 02110, and to: Gerald C. Powers, Jr., 50 Baystate Road, #102, Reading MA 01867, postage pre-paid, first class mail.

_____
STEPHEN G. MORTE

STEPHEN G. MORTE

ATTORNEY AT LAW

74 MAIN STREET

MARLBOROUGH, MA 01752

(508) 481-2332

FAX (508) 624-4110