## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD C. POWERS, JR.,         ) | |
|          ) | |
|         Plaintiff,    ) | |
| v.          ) | Civil Action No. 04-10950-NG |
|          ) | |
| TOWN FAIR TIRE CENTERS, INC.,    ) | |
|          ) | |
|         Defendant.    ) | |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 37, the Defendant, Town Fair Tire Centers, Inc., hereby moves this Court to dismiss Plaintiff's Complaint in the above-referenced matter. As set forth in the accompanying Memorandum of Law, Plaintiff failed to appear for his duly noticed deposition despite having been expressly ordered to do so by the Court and has otherwise failed to comply with his discovery obligations.

WHEREFORE, the Defendant, Town Fair Tire Centers, Inc., requests that this Court dismiss Plaintiff's Complaint, and grant such other and further relief as this Court deems just and equitable.

Respectfully submitted,

DEFENDANT,
TOWN FAIR TIRE CENTERS, INC.,

By its attorneys,


/s/ Hobart F. Popick
Danielle Y. Vanderzanden (BBO# 563933)
John P. McLafferty (BBO # 639179)
Hobart F. Popick (BBO # 658763)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, Massachusetts 02110-3179
DATED:  January 31, 2005           (617) 345-4600


## CERTIFICATE OF SERVICE

I, Hobart F. Popick, hereby certify that on January 31, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to Plaintiff's counsel, Stephen G. Morte, Esq., Law Offices of Stephen G. Morte, 74 Main Street, Marlborough, MA, 01752.

/s/ Hobart F. Popick
Hobart F. Popick