UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GERALD C. POWERS, JR., | ) | |
|  | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-10950-NG |
|  | ) | |
| TOWN FAIR TIRE CENTERS, INC., | ) | |
|  | ) | |
| Defendant. | ) | |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A) (2) AND 37.1(A)**

Pursuant to Local Rule 7.1 (A) (2), and 37.1(A), I, John P. McLafferty, counsel for the Defendant, Town Fair Tire Centers, Inc., hereby certify that on January 21, 2005, I conferred with Stephen G. Morte, attorney for the Plaintiff, in a good faith attempt to resolve or narrow the issues raised by the Defendant's Motion to Dismiss, filed herewith. Counsel were unable to narrow the issues in this dispute.

Respectfully submitted,

DEFENDANT,
TOWN FAIR TIRE CENTERS, INC.,

By its attorneys,

/s/ John P. McLafferty
Danielle Y. Vanderzanden (BBO# 563933)
John P. McLafferty (BBO # 639179)
Hobart F. Popick (BBO # 658763)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, Massachusetts 02110-3179
DATED: January 31, 2005           (617) 345-4600

## **CERTIFICATE OF SERVICE**

     I, John P. McLafferty, hereby certify that on January 31, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to Plaintiff's counsel, Stephen G. Morte, Esq., Law Offices of Stephen G. Morte, 74 Main Street, Marlborough, MA, 01752.

                                                        /s/ John P. McLafferty
                                                        John P. McLafferty