UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -4  P 2: 53

U.S. DISTRICT COURT
DISTRICT OF MASS

GERALD C. POWERS, Jr.,
    Plaintiff

vs.                                             DOCKET NO.: 04-10950-NG

TOWN FAIR TIRE CENTERS, INC.,
    Defendant

### AFFIDAVIT OF STEPHEN G. MORTE

I, Stephen G. Morte, hereby depose and state as follows:

1. I began representing Mr. Powers in early January of 2003, as it relates to his claim of disability discrimination against Town Fair Tire Centers, Inc.

2. As a result of said representation, I filed a Complaint with the MCAD and went through extensive Discovery at that level.

3. During that process Mr. Powers was somewhat responsive.

4. The Complaint at the MCAD was withdrawn and a Complaint was filed in Middlesex Superior Court which, ultimately, was removed to District Court.

5. During the pendency of this action, Mr. Powers has been generally unresponsive to me.

6. For the past several months, Mr. Powers has refused to communicate with me regarding this case.

7. I have sent him numerous correspondence from myself and opposing counsel, communicating offers to him and Court dates, and have repeatedly left messages for him to call or contact me.

8. I have also sent numerous e-mails to him, asking that he contact me.

STEPHEN G. MORTE
ATTORNEY AT LAW
74 MAIN STREET
MARLBOROUGH, MA 01752

(508) 481-2332

FAX (508) 624-4110

9. As of this date, communications have broken down completely.

Signed under the pains and penalties of perjury this __10__ day of January 2005.

_____
STEPHEN G. MORTE

STEPHEN G. MORTE

ATTORNEY AT LAW

74 MAIN STREET

MARLBOROUGH, MA 01752

(508) 481-2332

FAX (508) 624-4110