# Day, Berry & Howard LLP

COUNSELLORS AT LAW

Hobart F. Popick
Direct Dial: (617) 345-4767
E-mail: hfpopick@dbh.com

January 13, 2005

**VIA HAND DELIVERY**

The Honorable Joyce London Alexander
United States Magistrate Judge
United States District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 7410
Boston, MA  02210

   *Re: Gerald C. Powers, Jr. v. Town Fair Tire Centers, Inc.*
     *Civil Action No. 04-10950-NG*

Dear Judge Alexander:

  Pursuant to the Court's Order of January 5, 2005, the Plaintiff, Gerald C. Powers, Jr., and the Defendant, Town Fair Tire Centers, Inc. hereby submit, through their respective counsel, the following in order to inform the Court as to the status of settlement discussions in the above-referenced action.

  Following the December 14, 2004 Status Conference, on December 27, 2004 the Defendant sent Plaintiff's counsel a letter reiterating its previously-made settlement offer. To date, Plaintiff has not responded to the Defendant's settlement offer. Rather, Plaintiff's counsel has advised the Defendant's attorneys that Plaintiff has refused to communicate with him. As a result, on January 12, 2005, Plaintiff's counsel filed a motion to withdraw as counsel for the Plaintiff. Accordingly, no substantive settlement discussions have taken place since the December 14, 2004 Status Conference.

  The deposition of the Plaintiff, which had originally been scheduled to take place on January 6, 2005, has been rescheduled by agreement of counsel for January 21, 2005. Plaintiff's counsel has advised that he may not attend Plaintiff's deposition, but has advised Defendant's counsel that the deposition may take place in his absence. Plaintiff's counsel has stated that he is willing to attend the Plaintiff's deposition if the Plaintiff advises him of his intention to appear.

  Please do not hesitate to contact us should the Court have any questions concerning these matters.

Day, Berry & Howard LLP

The Honorable Joyce London Alexander
January 13, 2005
Page 2

Very truly yours,

| PLAINTIFF, | DEFENDANT, |
|---|---|
| GERALD C. POWERS, JR., | TOWN FAIR TIRE CENTERS, INC., |
| By: *[signature]* | By: *[signature]* |
| Stephen G. Morte (BBO # 357040) | Danielle Y. Vanderzanden (BBO # 563933) |
| Law Offices of Stephen G. Morte | John P. McLafferty (BBO # 639179) |
| 74 Main Street | Hobart F. Popick (BBO # 658763) |
| Marlborough, Massachusetts 01752 | DAY, BERRY & HOWARD LLP |
| (508) 481-2332 | 260 Franklin Street |
| His attorney. | Boston, Massachusetts 02110 |
| | (617) 345-4600 |
| | Its Attorneys. |

51292688_1.DOC 091047-00100
January 13, 2005 4:15 PM