**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GERALD C. POWERS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | )    Civil Action No. 04-10950-NG |
| | ) |
| TOWN FAIR TIRE CENTERS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF CHANGE OF ADDRESS

Effective August 15, 2005, please note that the new mailing address for Defendant's counsel will be:

> Day, Berry & Howard LLP
> One International Place
> Boston, MA 02110

Please note that our telephone and fax numbers will remain the same.

Respectfully submitted,

TOWN FAIR TIRE CENTERS, INC.,

By its attorneys,

_____/s/ John P. McLafferty_____
Danielle Y. Vanderzanden (BBO # 563933)
John P. McLafferty (BBO # 639179)
Day, Berry & Howard LLP
260 Franklin Street
Boston, Massachusetts 02110-3179
(617) 345-4600

DATED: August 10, 2005

## <u>CERTIFICATE OF SERVICE</u>

     I, John P. McLafferty, hereby certify that on this 10th day of August, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Gerald C. Powers, Jr., 50 Bay State Road, #102, Reading, MA 01867.

_____/s/ John P. McLafferty_____
John P. McLafferty
